1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  klauney@seyfarth.com
   400 Capitol Mall, Suite 2300
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendants
   SUPERCUTS CORPORATE SHOPS, INC.
6  TEJINDER S. MAAN and MANINDER K. MAAN,

7

   LAW OFFICES OF RICHARD L. MANFORD
8  Richard L. Manford (SBN: 051092)
   dick.manford@gmail.com
9  3081 Swallows Nest Drive
   Sacramento, CA  95833-9723
10 Telephone:  (916) 923-9333
   Facsimile:   (916/923-3660
11
   Attorneys for Defendant
12 SARA'S SALON

13
   DISABLED ACCESS PREVENTS INJURY, INC.
14 Scott N. Johnson (SBN 166952)
   5150 Fair Oaks Blvd., Suite 101, PMB #253
15 Carmichael, CA  95608-5758
   Telephone:  (916) 485-3516
16 Facsimile:  (916) 481-4224
   Email:  scottnjohnson@comcast.net
17
   Attorneys for Plaintiff
18 SCOTT N. JOHNSON

19                 UNITED STATES DISTRICT COURT

20                 EASTERN DISTRICT OF CALIFORNIA

21 | SCOTT N. JOHNSON,                    | ) | Case No. 2:10-CV-00076-JAM-EFB
22 |        Plaintiff,                    | ) | **SECOND STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**
23 |     v.                               | ) |
24 | SUPERCUTS CORPORATE SHOPS, INC., et  | ) | Complaint filed: January 9, 2010
   | al.,                                 | ) |
25 |                                      | ) |
   |        Defendants.                   | ) |
26 |                                      | ) |
27 |                                      | ) |

28

12182590v.1                           1                    Case No. 2:10-CV-00076-JAM-EFB
       Second Stipulation and [Proposed] Order Extending Time to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendants SUPERCUTS CORPORATE SHOPS, INC., TEJINDER S. MAAN,
2  MANINDER K. MAAN and SARA'S SALON ("defendants") and plaintiff SCOTT N.
3  JOHNSON ("plaintiff"), hereby stipulate that defendants have an additional thirty (30) days to
4  respond to plaintiff's complaint.  Defendants' answers are now due on April 19, 2010.

5  This stipulation is executed and filed pursuant to Local Rule 144.  One prior 28-day
6  extension of time was previously agreed upon.  The reason for the present extension is that the
7  parties have been engaged in settlement discussions and hope to resolve this matter prior to
8  engaging in any further litigation.

9  DATED: March 19, 2010                        DISABLED ACCESS PREVENTS
                                                INJURY, INC.


                                                By___/s/Scott N. Johnson_____
                                                   Scott N. Johnson
                                                Attorneys for Plaintiff
                                                SCOTT N. JOHNSON

14 DATED: March 19, 2010                        SEYFARTH SHAW LLP



                                                By_____/s/Kristina M. Launey_____
                                                   Kristina M. Launey
                                                Attorneys for Defendants
                                                SUPERCUTS CORPORATE SHOPS, INC.
                                                TEJINDER S. MAAN, and MANINDER K.
                                                MAAN,

20 DATED: March 19, 2010                        RICHARD L. MANFORD


                                                By___/s/Richard L. Manford_____
                                                   Richard L. Manford
                                                Attorneys for Defendant
                                                SARA'S SALON

**IT IS SO ORDERED.**



27 DATED: March 19, 2010        /s/ John A. Mendez_____
                                UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com