SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Supercuts Corporate Shops, Inc., et al,<br><br><br>Defendants | Case No.: CIV.S 10-cv-00076-JAM-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JASON SAMORA AND ORDER**<br><br>Complaint Filed: JANUARY 9, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

    **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Jason Samora) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Jason Samora) is dismissed because this Defendant is not a proper party to this action.

Dated: March 25, 2010                          /s/Scott N. Johnson
                                                                  SCOTT N. JOHNSON
                                                                  Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated: March 25, 2010                                         /s/ John A. Mendez
                                                              U.S. DISTRICT JUDGE

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                          CIV: S-10-00076-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com