SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

        Plaintiff,

    vs.

Supercuts Corporate Shops, Inc., et al,

    Defendants

_____

Case No.: CIV.S 10-cv-00076-JAM-EFB

**PLAINTIFF'S REQUEST FOR DISMISSAL OF JASON SAMORA AND ORDER**

Complaint Filed:  JANUARY 9, 2010

**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS**

    **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Jason Samora) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.  Defendant (Jason Samora) is dismissed because this Defendant is not a proper party to this action.

Dated: March 25, 2010

                                /s/Scott N. Johnson
                                SCOTT N. JOHNSON
                                Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2

3  Dated: March 25, 2010                          /s/ John A. Mendez_____
                                                U.S. DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                        CIV: S-10-00076-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com