SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>Supercuts Corporate Shops, Inc., et al,<br><br>Defendants | Case No.: CIV.S 10-cv-00076-JAM-EFB<br><br>**STIPULATED DISMISSAL OF DEFENDANTS SUPERCUTS CORPORATE SHOPS, INC.; SARA JAVIDAN; TEJINDER S. MANN; MANINDER K. MANN AND ORDER**<br><br>Complaint Filed: JANUARY 9, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendants Supercuts Corporate Shops, Inc.; Sara Javidan; Tejinder S. Mann; Maninder K. Mann, by and through their designated Counsel of record (Scott N. Johnson; Kristina M. Launey) that Defendants (Supercuts Corporate Shops, Inc.; Sara Javidan; Tejinder S. Mann; Maninder K. Mann) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendants (Supercuts Corporate Shops, Inc.;

1

PDF created with pdfFactory trial version www.pdffactory.com

Sara Javidan; Tejinder S. Mann; Maninder K. Mann) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: May 4, 2010 /s/Scott N. Johnson
SCOTT N. JOHNSON
Attorney for Plaintiff

Dated: May 5, 2010 /s/Kristina M. Launey
KRISTINA M. LAUNEY,
Attorney for Defendants
Supercuts Corporate Shops, Inc.; Sara Javidan; Tejinder S. Mann; Maninder K. Mann

**IT IS SO ORDERED**.

Dated: May 5, 2010 /s/ John A. Mendez
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com