SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff,<br><br>vs.<br><br>Bronc Hughes, et al,<br><br>      Defendants | Case No.: CIV.S 10-cv-00076-JAM-EFB<br><br>**REQUEST RE DISMISSAL OF ADRIANE DOMINGUEZ AND ORDER**<br><br>First Amended Complaint Filed: JUNE 4, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

    **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Adriane Dominguez) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Adriane Dominguez) is dismissed because this Defendant is not a proper party to this action.

Dated: October 19, 2010                        /s/Scott N. Johnson
                                                          SCOTT N. JOHNSON
                                                          Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated:   October 20, 2010                              /s/ John A. Mendez
                                                       U. S. DISTRICT COURT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                  CIV: S-10-00076-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com